# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Jesus Sanchez-Ledesma (1)

**WARRANT FOR ARREST**

Case Number: 17cr2202-CAB

~~NOT FOR PUBLIC VIEW~~

FILED
JUL 0 8 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Jesus Sanchez-Ledesma (1)
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine
21:841(a)(1) - Distribution of Methamphetamine
18:1956(a)(1)(A)(i), 1956(h) - Conspiracy to Launder Money
21:853; 18:982 - Criminal Forfeiture

DATE: 8/4/17
ARRESTED BY: [signature]
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Taylor | 08/04/17, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $   NO BAIL    by    The Honorable Mitchell D. Dembin
                                        Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |